**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SECURA Insurance Company, f/k/a | ) | |
| SECURA INSURANCE, a Mutual | ) | |
| Company, a Wisconsin insurance company, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 1:21-cv-04655 |
| | ) | |
| POST TIME CATERING, INC, an Illinois | ) | Honorable Sharon Johnson Coleman |
| corporation, | ) | |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LARRY CANNON, an Illinois Resident, | ) | |
| Necessary Party. | ) | |

**<u>DISMISSAL ORDER</u>**

Pursuant to the Stipulation [34] filed by Plaintiff, SECURA Insurance Company, f/k/a SECURA INSURANCE, a Mutual Company ("SECURA") and Defendant POST TIME CATERING, INC. ("PTC"), this District Court enters the following order:

1.      SECURA's requests for rescission and/or reformation of its insurance policies asserted in **Counts I through IV** of SECURA's August 31, 2021 Petition are **<u>dismissed without prejudice</u>**.

2.      SECURA's requests for declaratory judgment asserted in **Counts V and VI** of SECURA's August 31, 2021 Petition are **<u>dismissed with prejudice</u>**.

3.      No other claims have been asserted by SECURA or PTC in this litigation and, therefore, the Clerk is directed to close this file.

4.      Each party shall bear their own costs and fees for any and all activities in this litigation incurred to date.

IT IS SO ORDERED.

Date: January 27, 2022

Entered: _____

Sharon Johnson Coleman
United States District Judge